# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAURENCE CLAYTON,**<br>Plaintiff,<br>vs.<br>**TINTRI, INC., ET AL.,**<br>Defendants. | CASE NO. 17-cv-05683-YGR |
| **RUSTEM NURLYBAYEV,**<br>Plaintiff,<br>vs.<br>**TINTRI, INC., ET AL.,**<br>Defendants. | CASE NO. 17-cv-05684-YGR<br><br>**ORDER TO SHOW CAUSE AS TO WHY MOTION TO REMAND SHOULD NOT BE GRANTED** |

Defendant Tintri, Inc. is **ORDERED TO SHOW CAUSE** as to why the above-captioned cases should not be remanded to the California Superior Court in and for San Mateo County (the "state court") for want of subject-matter jurisdiction. Based on the authorities cited in each motion to remand the Court views the motions proper and intends to remand the above-captioned cases to the state court. (*See Claton v. Tintri, Inc., et al*, 4:17-cv-05683-YGR, Dkt. No. 14; *Nurlybayev v. Tintri, Inc., et al*, 4:17-cv-05684-YGR, Dkt. No. 11.)

Defendant shall file oppositions to plaintiffs' motions in the above-captioned cases by **Friday**, **October 13, 2017**. Failure to timely file shall be deemed an admission that the motions to remand are proper. Plaintiffs shall file any reply brief by **Monday, October 16, 2017**.

**IT IS SO ORDERED.**

Dated: October 11, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**