UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

_____

www.cand.uscourts.gov

Susan Y. Soong　　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　510-637-3530

October 31, 2017

San Mateo County Superior Court
400 County Center, 4th Floor
Redwood City, CA 94063

RE:  Laurence Clayton v. Tintri, Inc., et al.
　　　17-cv-05683-YGR

**Your Case Number:  17CV04312**

Dear Clerk,

　　　Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

　　　　　　(x)　Certified copies of docket entries

　　　　　　(x)　Certified copies of Remand Order

　　　　　　( )　Other

　　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　　*[signature: Clara Pierce]*
　　　　　　　　　　　　　　　　　　　　　by: Clara Pierce
　　　　　　　　　　　　　　　　　　　　　Case Systems Administrator